No. 02–8202.  KOVACHEVICH v. NEW YORK CITY HOUSING AUTHORITY, 537 U. S. 1212;

No. 03–224.  MOORE v. LOCAL UNION NO. 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL., ante, p. 966;

No. 03–709.  CIGNA HEALTHCARE OF CALIFORNIA, INC. v. BALABAN-ZILKE, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO ZILKE, ante, p. 1110;

No. 03–752.  .SONNEBERG v. UNITED STATES, ante, p. 1111;

No. 03–6341.  TREUL v. BUTLER, WARDEN, ante, p. 1020;

No. 03–6607.  IN RE TOWNSEND, ante, p. 1045;

No. 03–6617.  GAINES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 1056;

No. 03–6667.  STOREY v. HUTCHISON ET AL., ante, p. 1113;

No. 03–6714.  ELLIOTT v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL., ante, p. 1023;

No. 03–6825.  BOCANEGRA v. MCGRATH, WARDEN, ante, p. 1079;

No. 03–7035.  HOWARD v. HCHD/BEN TAUB HOSPITAL, ante, p. 1091;

No. 03–7038.  GARNIER v. MILLER-STOUT ET AL., ante, p. 1092;

No. 03–7409.  ROBERTS v. CARTER, WARDEN, ante, p. 1151;

No. 03–7476.  GUTZMORE v. UNITED STATES, ante, p. 1095;

No. 03–7486.  TRICE v. UNITED STATES, ante, p. 1126;

No. 03–7558.  BENOIT v. BENOIT, ante, p. 1129;

No. 03–7563.  APODACA v. SNODGRASS, WARDEN, ET AL., ante, p. 1129;

No. 03–7576.  ROBINSON v. UNITED STATES, ante, p. 1129;

No. 03–7777.  WASHINGTON v. UNITED STATES NAVAL TRAINING CENTER ET AL., ante, p. 1138; and

No. 03–8009.  CRAWFORD v. PEARSON, WARDEN, ET AL., ante, p. 1167.  Petitions for rehearing denied.

No. 02–10566.  OGUAGHA v. CRAVENER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 539 U. S. 964.  Motion of petitioner for leave to file petition for rehearing denied.